Sung T. Kim (SBN 277052)
ADVANCED DISABILITY ADVOCATES
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile: (310) 634-1258
adadvocates@gmail.com

Attorneys for Plaintiff
BENITO BAUTISTA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO BAUTISTA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BILLINGSLEY'S PICO, LLC d/b/a BILLINGSLEY'S RESTAURANT; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-03335-RSWL (FFMx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Complaint Filed:　May 03, 2017<br>Trial Date:　　　　None Set |

　　　Notice is hereby given that Plaintiff Benito Bautista ("Plaintiff") and Defendant Billingsley's Pico, LLC d/b/a Billingsley's Restaurant have settled the above-captioned matter as to all Defendants. Plaintiff shall file the dispositional documents within thirty (30) days from the date of filing of this Notice of Settlement in order to afford the Parties time to complete the settlement.

//

//

NOTICE OF SETTLEMENT OF ENTIRE CASE

| | | |
|---|---|---|
| 1 | Dated: July 26, 2017 | ADVANCED DISABILITY ADVOCATES |
| 2 | | |
| 3 | | By:   /s/ Sung T. Kim_____ |
| | | Sung T. Kim, Esq. |
| 4 | | Attorneys for Plaintiff |

-2-
NOTICE OF SETTLEMENT OF ENTIRE CASE