JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Benito Bautista, | ) | 2:17-cv-03335-RSWL-FFMx |
| Plaintiff, | ) ) | **ORDER DISMISSING CASE** |
| v. | ) ) | |
| Billingsleys Pico LLC et al., | ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

On August 29, 2017, the Court issued an Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Prosecution [14] (the "OSC"). The Court ordered the plaintiff to respond to the OSC no later than August 5, 2017. To date, no response to the OSC has been filed. The Court notified counsel that failure to respond to the OSC might result in the imposition of sanctions including dismissal of this action.

Accordingly, the Court hereby DISMISSES this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: September 8, 2017  /s/ RONALD S.W. LEW
HONORABLE RONALD S. W. LEW
Senior U.S. District Judge

1