Sung T. Kim (SBN 277052)
ADVANCED DISABILITY ADVOCATES
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile:  (310) 634-1258
adadvocates@gmail.com

Attorneys for Plaintiff
BENITO BAUTISTA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO BAUTISTA,<br><br>            Plaintiff,<br><br>     vs.<br><br>BILLINGSLEY'S PICO, LLC d/b/a BILLINGSLEY'S RESTAURANT and DOES 1 through 10 inclusive,<br><br>            Defendants. | Case No.: 2:17-cv-3335 RSWL (FFMx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff BENITO BAUTISTA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice*, with each party being responsible for its own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Billingsley's Pico, LLC d/b/a Billingsley's Restaurant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: September 8, 2017                    Respectfully submitted,

                                            ADVANCED DISABILITY ADVOCATES


                                            By:    _/s/ Sung T. Kim_____
                                                   Sung T. Kim, Esq.
                                                   Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**